IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Henry Craig,

    Plaintiff,

v.

Floyd County, Georgia, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 4:08-CV-0100-HLM

## ORDER

This case is before the Court on the Request for Leave of Absence filed by Attorney Cynthia Matthews Daley [34].

Attorney Daley has requested that the Court not calendar this case during the following periods: November 16 through November 29, 2009; December 10 through 28, 2009; and January 25 through 29, 2010. The Court has discontinued granting leaves of absence to attorneys, but will excuse Attorney Daley from making personal appearances before the Court during those time periods. The Court also will not schedule this case for a trial or for other hearings during those time periods.

AO 72A
(Rev.8/82)

ACCORDINGLY, the Court **GRANTS IN PART AND DENIES IN PART** the Request for Leave of Absence filed by Attorney Cynthia Matthews Daley [34].

IT IS SO ORDERED, this the 15day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

AO 72A

(Rev.8/82)