IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| HENRY CRAIG,<br><br>    Plaintiff,<br><br>vs.<br><br>FLOYD COUNTY, GEORGIA, CHRISTOPHER SHELLY, Individually and as a Police Officer for the Floyd County Police Department, JOSEPH HENDERSON, Individually and as a Police Officer for the Floyd County Police Department, RONALD CHAFIN, Individually and as a Police Officer for the Floyd County Police Department, GEORGIA CORRECTIONAL HEALTH, LLC and JOHN DOES,<br><br>    Defendants. | CIVIL ACTION FILE<br>4:08-CV-100-HLM |

## CONSENT MOTION FOR DISMISSAL WITH PREJUDICE

Upon consent and agreement of counsel for all parties, it is hereby ORDERED that the Plaintiff's claims in this action against Joseph Henderson, Individually and as a Police Officer for the Floyd County Police Department, Christopher Shelly, Individually and as a Police Officer for the Floyd County Police Department and Ronald Chaffin, Individually and as a Police Officer for the Floyd County Police Department are dismissed with prejudice.

SO ORDERED, this 9th day of February, 2010.

_____
Harold L. Murphy, Judge
United States District Court
Northern District of Georgia

(consent signatures-next page)

SUBMITTED AND CONSENTED TO BY:

/s/ Steven Berne
Steven Paul Berne
*Counsel for Plaintiff*

Two Midtown Plaza Suite 1250
1349 West Peachtree St.
Atlanta, GA 30309-2920
Phone: 404-881-5335
Fax: 404-881-8040
E-Mail: atlantalaw@bellsouth.net

/s/ G. Kevin Morris
G. Kevin Morris
*Counsel for Defendants Floyd County, Georgia Officer Christopher Shelly and Officer Joseph Henderson*

Williams, Morris & Waymire, LLC
4330 South Lee Street
Buford, Georgia 30518
Phone: 678-541-0790
Fax: 678-541-0789
E-Mail: Kevin@wmwlaw.com

/s/ Cynthia Matthews Daley
Ms. Cynthia Matthews Daley
*Counsel for Defendant Georgia Correctional Health, LLC*

Daley, Koster & LaVallee, LLC
2849 Paces Ferry Road, Suite 160
Atlanta, GA 30339
Phone: 678-213-2401
Fax: 678-213-2406
Email: cmdaley@dkllaw.com